No. 509. City of Tacoma v. Taxpayers of Tacoma, Washington, et al. Supreme Court of Washington. Certiorari granted. *Northcutt Ely, Marshall McCormick, Frank L. Bannon* and *Robert L. McCarty* for petitioner. *John J. O'Connell,* Attorney General, *E. P. Donnelly,* Assistant Attorney General, and *Joseph T. Mijich,* Special Assistant Attorney General, for the State of Washington et al., respondents. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell, Howard E. Wahrenbrock*

and *Joseph B. Hobbs* filed a brief for the Federal Power Commission, as *amicus curiae,* urging that the petition for writ of certiorari be granted.